IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CRAIG ARNOLD, PAUL GRUDEK, HANK SCHMIDT, DAN WERTZ, KEITH WHITMAN, HOOVER & ASSOCIATES, LLC, TIGER EYE & ASSOCIATES, LLC, ELDER/SCHMIDT-THE SECURITY CONSULTANT GROUP, LLC, WERTZ, LLC, AND K WHIT SERVICES, LTD<br><br>                Plaintiffs,<br><br>vs.<br><br>IRONGATE SERVICES, LLC, PHILIP MORRIS USA, INC., CRAZY MOUNTAIN RANCH, ALTRIA GROUP DISTRIBUTION COMPANY, KMG IRONGATE GROUP, L.P., AND JOHN DOES A-Z,<br><br>                Defendants. | CV 17-32-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a Joint Motion to Vacate Remaining Deadlines and Stay District Court Proceedings Pending Appeal. (Doc. 71.) Good cause appearing, IT IS HEREBY ORDERED that the parties' motion is GRANTED.

All remaining deadlines in the Scheduling Order (Doc. 57) are hereby VACATED and these proceedings are stayed pending a ruling from the Ninth Circuit Court of Appeals on the issue of arbitration.

IT IS FURTHER ORDERED that within fourteen (14) days after the conclusion of the appeal, the Parties shall file a Status Report.

**IT IS ORDERED**.

DATED this 30th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge