FILED
10/22/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CRAIG ARNOLD, PAUL GRUDEK, HANK SCHMIDT, DAN WERTZ, KEITH WHITMAN, HOOVER & ASSOCIATES, LLC, TIGER EYE & ASSOCIATES, LLC, ELDER/SCHMIDT-THE SECURITY CONSULTANT GROUP, LLC, WERTZ, LLC, AND K WHIT SERVICES, LTD<br><br>          Plaintiffs,<br><br>vs.<br><br>IRONGATE SERVICES, LLC, PHILIP MORRIS USA, INC., CRAZY MOUNTAIN RANCH, ALTRIA GROUP DISTRIBUTION COMPANY, KMG IRONGATE GROUP, L.P., AND JOHN DOES A-Z,<br><br>          Defendants. | CV 17-32-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss With Prejudice (Doc. 78), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS ORDERED**.

DATED this 22nd day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge